# Court of Appeals
## Tenth Appellate District of Texas

10-26-00045-CV

Kristina Mizell,
Appellant

v.

Terri Anne Coggins,
Appellee

On appeal from the
County Court at Law No. 1 of Johnson County, Texas
Judge John E. Neill, presiding
Trial Court Cause No. CC-D20250221

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Kristina Mizell, appealed from a protective order entered against her. On February 3, 2026, Appellant was notified by letter that a docketing statement was required to be completed and returned to this Court by Friday, February 13, 2026. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1.

By letter dated February 19, 2026, the Clerk of this Court notified Appellant that the docketing statement had not been filed and warned her that the Court may dismiss the appeal without further notice if a docketing statement was not filed on or before Monday, March 2, 2026. *See* TEX. R. APP. P. 42.3(c).

As of the date of this opinion, we have not received the docketing statement nor have we received any request for an extension of time to file the docketing statement. Accordingly, we dismiss this appeal.[1] *See* TEX. R. APP. P. 32.1, 42.3(c).

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED: March 12, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
CV06



---

[1] Appellant was notified in the letter dated February 19, 2026, that the filing fee was due. Appellant subsequently paid the filing fee, but did not file the docketing statement.